

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,551-01

### EX PARTE JOHN LOUIS ATKINS, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 20106 (B) 1 IN THE 104TH DISTRICT COURT
## FROM TAYLOR COUNTY

*Per curiam*.

## O R D E R

Applicant was convicted of murder and sentenced to sixty-seven years' imprisonment. The Eleventh Court of Appeals affirmed his conviction. *Atkins v. State*, No. 11-18-00056-CR (Tex. App.— Eastland Mar. 19, 2020) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In a single ground, Applicant contends that appellate counsel failed to timely inform him that his conviction was affirmed. Applicant has alleged facts that, if true, might entitle him to relief. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997); *Ex parte Crow*, 180 S.W.3d 135 (Tex. Crim. App. 2005). The trial court signed a timely order designating issues directing appellate counsel to

respond in an affidavit, but the record was forwarded before counsel responded and the trial court made findings of fact and conclusions of law. We remand this application to the trial court to complete its evidentiary investigation and make findings and conclusions.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order and determine whether Applicant was denied his right to file a petition for discretionary review. In doing so, the trial court shall determine whether the affidavit in the record signed by Jessica Alexander is genuine and credible. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: September 16, 2020
Do not publish